IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRACY ANDERSON,

        Plaintiff,

v.

TREVOR RADKE, ET AL.,

        Defendant.

ORDER

15-cv-785-wmc

The court is in receipt of plaintiff's request for assistance in the return of his copy of the *Prisoner's Self-Help Litigation Manual*. (Dkt. #48.) Because the book was returned to him today (dkt. #51-1), plaintiff's request is DENIED AS MOOT.

However, the court is troubled by plaintiff's allegations of retaliation, as well as the wholly unsatisfying explanation for the long delay in returning the book. Accordingly, plaintiff -- but not defendants -- is relieved of the current deadline for pretrial filings, and he may instead have until August 27, 2018, to complete his pretrial filings. Defendants' responses shall remain due on August 31, 2018. Further, the court notes that any indication that plaintiff is being impeded from preparing for trial going forward will result in the issuance of appropriate orders.

Finally, plaintiff is advised that he may have grounds for a separate lawsuit for retaliation under the First Amendment against those involved in retention of his books, and the court would promptly screen that complaint should he choose to file it.

Entered this 15th day of August, 2018.

        BY THE COURT:

        /s/

        _____
        WILLIAM M. CONLEY
        District Judge