IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRACY B. ANDERSON,

                              Plaintiff,                              ORDER

v.

                                                                        15-cv-785-wmc

TREVOR RADKE, et al.,

                              Defendants.

The court held a telephonic conference today to address the status of trial preparations. The purpose of this order is to formalize rulings made on the record.

ORDER

IT IS ORDERED that:

1) Despite concerns raised in his letters regarding access to certain of his materials (dkt. ##48, 62), plaintiff continues to present as fully capable of representing himself at trial, even with his recent relocation into segregation.

2) In particular, defense counsel is responsible for ensuring plaintiff's prompt access to his copy of the *Prisoner's Self-Help Litigation Manual* and his religious books.

3) Plaintiff has no objections to the admission of defendants' proposed Exhibits 501-507.

4) The clerk of court is DIRECTED to issue writs of habeas corpus ad testificandum for the attendance of Julious Wallace, Adam Yeoman and Djuan LeBourgeois at trial no later than 11:00 a.m. on September 10, 2018, at the federal courthouse in Madison, Wisconsin. These witnesses will complete their testimony during the first day of trial.

5) Defendants' first motion in limine, seeking to exclude "any testimony or reference to any other lawsuits involving defendants, any inmate grievances against defendants except those from the plaintiff related to this case, or any of defendants' personnel file work history" (dkt. #58 at 1), is GRANTED.

6) Defendants' second motion in limine, seeking permission to impeach plaintiff with his December 9, 1999, conviction for Felony Murder-Armed Robbery (*id.* at 2), is GRANTED IN PART AND DENIED IN PART. If plaintiff takes the stand, defense counsel may impeach plaintiff's character for truthfulness by asking: "On December 9, 1999, you were convicted of Felony Murder-Armed Robbery, true?" Unless plaintiff answers "no," defendants will not inquire further or be allowed to introduce other evidence related to that conviction.

7) If plaintiff intends to pursue any motions in limine or offer any exhibits at trial, he must do so before or during the telephonic final pretrial conference on September 6, 2018, at 3:00 p.m. Otherwise, his right to do so shall be deemed waived.

8) The court issued proposed voir dire, jury instructions, and special verdict forms today and will address any concerns the parties may have with those proposals at next week's telephonic final pretrial conference.

Entered this 31st day of August, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge