IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRACY B. ANDERSON,

    Plaintiff,

v.

WILLIAM POLLARD, TREVOR RADKE,
TIMOTHY PRICE, DANIEL WINTERS,
JOSEPH MILLER AND THOMAS O'NEILL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-785-wmc

---

    This action came before the court and a jury for consideration with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered:

    (1) in favor of defendants Trevor Radke, Timothy Price, Daniel Winters, Joseph Miller and Thomas O'Neill in accordance with the jury's verdict;

    and

    (2) denying plaintiff Tracy B. Anderson leave to proceed on any claim against defendant William Pollard.

Approved as to form this 12th day of September, 2018.

_____
William M. Conley
District Judge

_____
Peter Oppeneer, Clerk of Court

9/12/18
Date